IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
CHARLES STEWART,              )
                              )
    Plaintiff,                )
                              )
                              )   CIVIL ACTION NO.
    v.                        )   3:13cv737-MHT
                              )        (WO)
SHERMAN INDUSTRIES, LLC,      )
                              )
    Defendant.                )
```

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the joint motion for dismissal (Doc. No. 18) is granted and that this cause is dismissed in its entirety with prejudice, with costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 20th day of August, 2014.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE